# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| KEVIN WYMORE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CITY OF CEDAR RAPIDS, and TIFFANY O'DONNELL, Mayor of the City of Cedar Rapids in her individual and official capacity,<br><br>    Defendants. | No. 22-CV-66 CJW-KEM<br><br>**ORDER SCHEDULING ORAL ARGUMENT** |

_____

The Court will conduct oral argument on the motion for preliminary injunction (Doc. 6), on **Tuesday, October 4, 2022, at 9:00 a.m.**; United States Courthouse, Courtroom 3, 111 Seventh Avenue SE, Cedar Rapids, Iowa.

The parties are reminded to comply with LR 5A(g)(8), filings totaling more than 100 pages in length. (*See* LR 10(c)(3)). The copies should be printed from the docket so the file stamped information is on the bottom of each page.

**IT IS SO ORDERED** this 13th day of September, 2022.

_____
C.J. Williams
United States District Judge
Northern District of Iowa