# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS  DIVISION

| | |
|---|---|
| KEVIN WYMORE,<br><br>                Plaintiff,<br><br>         vs.<br><br>CITY OF CEDAR RAPIDS and TIFFANY O'DONNELL.,<br><br>                Defendants. | **HEARING MINUTES**    Sealed:   No<br><br>Case No.:   22-CV-66<br>Presiding Judge:   C.J. Williams<br>Deputy Clerk:   Jennifer Schrauth<br>Official Court Record:   Patrice Murray      Contract?    No<br>Contact Information:   patrice_murray@iand.uscourts.gov |

| Date: | 10/04/2022 | Start: | 8:50 AM | Adjourn: | 9:28 AM | Courtroom: | 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | --- | | | | Time in Chambers: | | 38 minutes | Telephonic? | No |

| Appearances: | | Plaintiff: | Alan Ostergren | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Defendant: | Patricia Kropf | | | | | |
| | | U.S. Probation: | --- | | | | | |
| | | Interpreter: | --- | Language: | --- | Certified: | --- | Phone: | -- |

| **TYPE OF PROCEEDING:** | **MOTION HEARING** | |
|---|---|---|

| | | | | Contested? | No | Continued from a previous date? | No |
|---|---|---|---|---|---|---|---|

| **MOTION:** | **1.** | Motion for Preliminary Injunction | | Doc. # | 6 |
|---|---|---|---|---|---|
| | Ruling: | The motion is taken under advisement with order to follow. | Order to follow? | | Yes |
| | **2.** | --- | Doc. # | | --- |
| | Ruling: | --- | Order to follow? | | --- |

| **Witness/Exhibit List is** | --- |
|---|---|

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:**  The Court held the hearing to determine whether to grant plaintiff's Motion for Preliminary Injunction.

The Court asks that both parties provide supplemental briefing on *E.L. by White v. Voluntary Interdistrict Choice Corp.*, 864 F.3d 932 (8th Cir. 2017).  The Court asked for briefs no longer than 5 pages due to the Court by October 7, 2022.

The Court is taking the Motion for Preliminary Injunction under advisement with an order to follow.